**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**NEWNAN DIVISION**

| | |
|---|---|
| GLORIA JEAN DEBOSE,<br><br>                Plaintiff,<br><br>vs.<br><br>ALLIED UNIVERSAL SECURITY SERVICES,<br><br>                Defendant. | CIVIL ACTION FILE<br><br>NO. 3:24-cv-0126-TCB |

## J U D G M E N T

This action having come before the court, Honorable Timothy C. Batten, Sr., United States District Judge, for consideration of the Magistrate Judge's Report and Recommendation, and having adopted said Report and Recommendation, it is

**Ordered and Adjudged** that the action be **DISMISSED** for failure to state a plausible claim.

Dated at Newnan, Georgia, this 18th day of November, 2024.

                                              KEVIN P. WEIMER
                                              CLERK OF COURT


                                By:   _s/ D. Barfield_____
                                        D. Barfield, Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
November 18, 2024
Kevin P. Weimer
Clerk of Court

By:  _s/ D, Barfield_____
       Deputy Clerk